FIRST DEPARTMENT, SEPTEMBER, 1974

## (September 12, 1974)

■ . WOLF G. TILLMAN, Appellant, v. LINCOLN WAREHOUSE CORPORATION, Respondent, et al., Defendant.— Order, Supreme Court, New York County, entered on December 5, 1972, insofar as appealed from, denying plaintiff's motion to compel answers to interrogatories and granting defendant's cross motion for a protective order as to certain interrogatories, unanimously reversed, on the law and on the facts, without costs and without disbursements, and plaintiff's motion granted. A reading of the complaint reveals that despite the characterization of defendant's conduct this is an action for the breach of a contract of bailment. As such the use of interrogatories is unexceptionable. Concededly defendant did not move for a protective order within 10 days as prescribed by CPLR 3133. Special Term's ruling was made on the ground that the stricken interrogatories were palpably improper. We do not so find them. Settle order on notice. Concur — Markewich, J. P., Murphy, Lupiano, Steuer and Lane, JJ.

■ In the Matter of MARY DE GENNARO et al. v. OFFICE OF RENT CONTROL — Motion to dismiss appeal granted with $20 costs and the appeal dismissed upon the ground that petitioners have failed to take the appeal within the time limited by CPLR 5513. Concur — Markewich, J. P., Lupiano, Steuer, Capozzoli and Lane, JJ.

■ SYLVIA FRIEDMAN v. AIRLIFT INTERNATIONAL.— Motion granted and the parties directed to resettle the settled order entered on July 3, 1974 according to the applicable law and the following memorandum: The papers on this motion indicate that because of additional payments made the amount due to plaintiff is $1,840 instead of $3,680, exclusive of interest. Insofar as interest is concerned, interest on obligations matured before September 1, 1972, should be at the rate prevailing at the time of maturity, and interest on obligations matured after September 1, 1972, should be 6%, pursuant to CPLR 5004. Concur — Markewich, J. P., Murphy, Lupiano, Steuer and Lane, JJ.

## (September 17, 1974)

■ BRUCE GODFREY, Respondent, v. DE SALES HARRISON, JR., Appellant.— Order, Supreme Court, New York County, entered March 11, 1974, unanimously affirmed. Respondent shall recover of appellant $60 costs and disbursements of this appeal. We note that the issues raised in the action in the United States District Court for the District of Georgia, Atlanta Division, can be disposed of in the instant action should defendant avail himself of the offer made by plaintiff's counsel, on the argument of this appeal, to permit amendment of the pleadings in the instant action to incorporate the issues in the Georgia action. Concur — Markewich, J. P., Murphy, Lupiano, Tilzer and Lane, JJ.